IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMOTHY PERRY                                                                            PETITIONER

v.                                                                              No. 1:19CV29-SA-JMV

PELICIA HALL, ET AL.                                                                   RESPONDENTS

FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is DISMISSED for failure to state a claim upon which relief could be granted and as untimely filed.

SO ORDERED, this, the 17th day of March, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE